IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRADLEY ALLEN PEARSON,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; Lt. FNU WHITE; SUZANNE HASTINGS; FNU LNU REGIONAL DIRECTOR, BOP, SOUTHEAST REGION; and CHARLES E. SAMUELS, JR.,

    Defendants.

CIVIL ACTION NO.: CV214-001

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Department of Justice, the Bureau of Prisons, Suzanne Hastings, Southeast Regional Director, and Charles E. Samuels, Jr. are **DISMISSED**.

**SO ORDERED**, this 7 day of April, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)